**Order entered October 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00693-CV

**SHEILA MICHAL, INDIVIDUALLY AND AS A REPRESENTATIVE OF THE ESTATE OF ROBERT MICHAL, Appellant**

**V.**

**NEXION HEALTH AT GARLAND, INC. D/B/A PLEASANT VALLEY HEALTHCARE AND REHABILITATION CENTER AND NEXION HEALTH OF TEXAS, INC., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05250**

### ORDER

On September 17, 2021, after being informed by the court reporter that the reporter's record had not been requested, we directed appellant to file written verification she had requested the record. Although we cautioned appellant that failure to respond within ten days could result in the appeal being submitted without the reporter's record, appellant has not responded. *See* TEX. R. APP. P.

37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant's brief be filed no later than November 3, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE